UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHERRY CROWDER, | ) |
|        Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:18-cv-243-D** |
| NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COURTS, JUDGE N. HUNT GWYN, JUDGE CHRISTOPHER W. BRAGG, J.R. ROWELL, and EEOC, | ) |
|        Defendant. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that GERA applies to Crowder. Thus, the court GRANTS defendants' motions to dismiss [D.E. 14, 16] and DISMISSES Crowder's complaint without prejudice.

**This Judgment Filed and Entered on March 19, 2019, and Copies To:**

| | |
|---|---|
| W. Ellis Boyle | (via CM/ECF electronic notification) |
| Kathryn H. Shields | (via CM/ECF electronic notification) |
| Michael James | (via CM/ECF electronic notification) |

DATE:  
March 19, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
  Deputy Clerk